Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of ATLANTA

| | |
|---|---|
| HECTOR PÁEZ JIMENEZ <br> *Plaintiff* <br> v. <br> DAVID HERRERA and PATRICIA CORTINA <br> *Defendant* | Civil Action No. <br> 1 10-CV-1833 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Patricia Cortina
2603 Woodland Drive NW
Kennesaw, Georgia 30152

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin D. Fitzpatrick, Jr. and Charles R. Bridgers
DeLong, Caldwell & Bridgers
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: JUN 1 5 2010

*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* __Patricia Cortina__
was received by me on *(date)* __6·25·10__ .

☐ I personally served the summons on the individual at *(place)* __2603 Woodland Drive Kennesaw Ga. 30152__ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __David Herrera__ , a person of suitable age and discretion who resides there,
on *(date)* __6·25·10 @ 7:15A__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __6·25·10__

_____
*Server's signature*

__Comer Williams     Process Server__
*Printed name and title*

__P.O. Box 3244 Atlanta Ga. 30302__
*Server's address*

Additional information regarding attempted service, etc: